MADDOX ET AL. *v.* FORTSON ET AL.

No. 1181.   Decided March 2, 1970

*Tully M. Bond, Jr.,* and *T. Malone Sharpe* for appellants.

*Arthur K. Bolton,* Attorney General of Georgia, *pro se, Harold N. Hill, Jr.,* Executive Assistant Attorney General, and *William L. Harper* and *Robert J. Castellani,* Assistant Attorneys General, for Fortson et al.; *Lamar W. Sizemore* for Gray et al., and *William C. O'Kelley* and *Earl J. Van Gerpen* for the Republican Party of Georgia et al., appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.